**Motion granted, appeal reinstated, and Order filed February 24, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00812-CR
_____

**RICARDO VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1513682**

## ORDER

Before the court is the motion of appellant's counsel, Andrew J. Smith, to withdraw from this case. We abated this case on February 3, 2022 to allow the trial court to consider counsel's request to withdraw. A supplemental clerk's record has been filed which indicates the trial court granted Andrew J. Smith's request to withdraw and appointed Danny Easterling as new appellate counsel for appellant.

Accordingly, we reinstate the appeal and grant Andrew J. Smith's motion to withdraw from his representation on this appeal. Danny Easterling shall proceed as counsel for appellant in this appeal.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.